(No. 7205a.   December 26, 1944.)

STATE OF IDAHO, Respondent, v. ALBERT MALLOY HILBERT, Appellant.

[154 Pac. (2d) 513.]
Rehearing denied January 15, 1945.

Frank Griffin for appellant.

Bert H. Miller, Attorney General; J. R. Smead, Assistant Attorney General, and J. Ward Arney for respondent.

AILSHIE, J.—In this case there is sufficient evidence to support the conviction of defendant, Hilbert, (appellant herein).   The errors of law assigned in this case are the same as in the companion case of *State v. Henry*, 66 Ida. 60, 154 P. (2d) 184, just decided adversely to appellant's contention.

It follows, therefore, that the verdict and judgment against appellant, Hilbert, should be, and the same is hereby affirmed.

Holden, C.J., and Budge, J., concur.

Givens and Dunlap, JJ., dissent.